UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLANDO ARISMENDEZ,

Petitioner,

v.

M.L. MUNIZ,

Respondent.

No. 2:17-cv-1116-EFB P

ORDER

Mr. Arismendez is a state prisoner proceeding without counsel. This action was opened when he filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. However, he did not properly commence a civil action because the petition was not signed and he had neither paid the filing fee nor sought leave to proceed in forma pauperis. *See* Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003).

On June 2, 2017, the court informed him that it could not review his petition because he had not signed it. *See* Fed. R. Civ. P. 11(a) (requiring that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."). The court also warned him that this action would be closed if he did not properly commence a civil action within 30 days, by filing a signed and complete petition for writ of habeas corpus, and either paying the filing fee or filing an application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). Those 30 days

1

have passed and Mr. Arismendez has not filed the necessary documents or otherwise responded to the court's order.

As Mr. Arismendez has not submitted a petition and either paid the filing fee or met the in forma pauperis requirements of 28 U.S.C. § 1915(a), there is simply no case before the court.

Accordingly, the Clerk of the Court is hereby directed to close this case.

DATED: July 5, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE